IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL M. PRUSKY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE LIFE INSURANCE COMPANY | : | NO. 09-CV-5156 |

**O R D E R**

AND NOW, this 19th day of May, 2011, upon consideration of Defendant Allstate Life Insurance Company's motion for partial summary judgment as to Plaintiffs' claim for damages allegedly incurred after October 2005, and the plaintiffs' opposition, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED and that Plaintiff is not entitled to recover any lost profit or other damages in this lawsuit for the period after October 17, 2005.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.